DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN ARRELLANO MARTINEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-156 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE/CHANGE OF PLEA |
| ) | |
| JUAN ARRELLANO MARTINEZ, ) | |
| ) | Date:  June 11, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of
America, through Michael Anderson, Assistant U.S. Attorney, and
defendant, Juan Arrellano Martinez, by and though his counsel, Caro
Marks, Assistant Federal Defender, that the hearing date set for June
4, 2009, be continued to June 11, 2009.  The reason for the continuance
is that defense counsel must be out of the office on June 4, 2009.
Counsel has already discussed the plea offer with the defendant. He
wanted additional time to consider the offer, so the case should be
continued for continuity of counsel and to allow the defendant to

1   consider the offer.

2        The parties request that speedy trial time be excluded under the

3   Speedy Trial Act from the date of the signing of this order up to and

4   including June 11, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)

5   [reasonable time to prepare and continuity of counsel] (Local Code T4).

6
    DATED:  May 29, 2008              Respectfully submitted,
7
                                      DANIEL J. BRODERICK
8                                     Federal Defender

9                                     /s/ Caro Marks
10                                    CARO MARKS
                                      Assistant Federal Defender
11                                    Attorney for Defendant
                                      JUAN ARRELLANO MARTINEZ
12
13  DATED:  May 29, 2009              /s/ Caro Marks for
                                      MICHAEL ANDERSON
14                                    Assistant U.S. Attorney

15
                                    O R D E R
16
         **IT IS SO ORDERED.**
17

18
     Dated:  June 1, 2009
19

20                                    _____
                                      MORRISON C. ENGLAND, JR.
21                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28