1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  JUAN ARRELLANO MARTINEZ

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    ) No. CR-S-09-156 MCE
14                              )
              Plaintiff,        )
15                              ) STIPULATION AND ORDER TO CONTINUE
        v.                      ) STATUS CONFERENCE/CHANGE OF PLEA
16                              )
   JUAN ARRELLANO MARTINEZ,     )
17                              ) Date:  June 18, 2009
              Defendant.        ) Time:  9:00 a.m.
18                              ) Judge: Hon. Morrison C. England
   _____)
19

20      It is hereby stipulated and agreed to between the United States of

21 America, through Michael Anderson, Assistant U.S. Attorney, and

22 defendant, Juan Arrellano Martinez, by and though his counsel, Caro

23 Marks, Assistant Federal Defender, that the hearing date set for June

24 11, 2009, be continued to June 18, 2009.  The reason for the

25 continuance is to allow the defendant to seek a second opinion whether

26 to accept the government's plea offer. Defense counsel needs the

27 additional time to obtain a second attorney for defendant, and then

28 that attorney will need time to confer the with defendant about the

1  plea offer.

2     The parties request that speedy trial time be excluded under the
3  Speedy Trial Act from the date of the signing of this order up to and
4  including June 18, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)
5  [reasonable time to prepare and continuity of counsel] (Local Code T4).

DATED:   June 9, 2009                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JUAN ARRELLANO MARTINEZ


DATED:   June 9, 2009                    /s/ Caro Marks for
                                         MICHAEL ANDERSON
                                         Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: June 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Name of Pleading                         -2-