DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN ARRELLANO MARTINEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00156 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA |
| JUAN ARRELLANO MARTINEZ, | |
| Defendant. | Date:  July 2, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America, through Michael Anderson, Assistant U.S. Attorney, and defendant, Juan Arrellano Martinez, by and though his counsel, Caro Marks, Assistant Federal Defender, that the hearing date set for June 18, 2009, be continued to July 2, 2009.  The reason for the continuance is that defense counsel arranged for the defendant to seek a second opinion whether to accept the government's plea offer. Another attorney has now consulted with the defendant and discussed the case, and the defendant needs additional time to make a decision about how to resolve

the case, including speaking with his family members about the offer. The defendant understands that July 2, 2009 is the deadline for acceptance (or not) of the offer made by the government.

The parties request that speedy trial time be excluded under the Speedy Trial Act from the date of the signing of this order up to and including July 2, 2009,  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare and continuity of counsel] (Local Code T4).

DATED:  June 12, 2009            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Caro Marks
                                 CARO MARKS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JUAN ARRELLANO MARTINEZ


DATED:  June 12, 2009            /s/ Caro Marks for
                                 MICHAEL ANDERSON
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**


Dated: June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE