1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for JUAN ARRELLANO-MARTINEZ
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )   CR. NO. 2:09-CR-00156-MCE
                                          )
12 |                        Plaintiff,    )   STIPULATION AND
                                          )   ORDER
13 | vs.                                  )   TO CONTINUE
                                          )   STATUS CONFERENCE
14 | JUAN ARRELLANO-MARTINEZ,             )
                                          )
15 |                        Defendant.    )
   |_____)
16

17

18     Defendant Juan Arrellano-Martínez, through his counsel, Gilbert A. Roque, and the

19 United States of America, through Assistant United States Attorney Michael D. Anderson,

20 agree that the Status Conference set for August 13, 2009, at 9:00 a.m., be continued to

21 September 10, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

22     In addition, it is agreed that the Court should find excludable time through September

23 10, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

24 ///

25 ///

26 ///

27 ///

28 ///

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: August 11, 2009 | /s/ Gilbert A. Roque<br>GILBERT A. ROQUE, Attorney for<br>JUAN ARRELLANO-MARTINEZ, Defendant |
| DATED: August 11, 2009 | /s/ Michael D. Anderson<br>MICHAEL D. ANDERSON<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: August 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE